## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| PREM GEORGE | § | Case No. 1:10-12917-PSH |
| LALI GEORGE | § | |
| | § | |
| Debtors | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/24/2010 . The undersigned trustee was appointed on 03/24/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $        21,400.21

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 1,492.17 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $        19,908.04

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  08/25/2010  and the deadline for filing governmental claims was  08/25/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,890.02 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,890.02 , for a total compensation of $ 2,890.02 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 68.49 , for total expenses of $ 68.49 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/20/2017                    By:/s/RONALD R. PETERSON
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 10-12917 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | RONALD R. PETERSON |
| Case Name: | PREM GEORGE | | | | Date Filed (f) or Converted (c): | 03/24/2010 (f) |
| | LALI GEORGE | | | | 341(a) Meeting Date: | 05/21/2010 |
| For Period Ending: | 09/20/2017 | | | | Claims Bar Date: | 08/25/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Debtor's primary residence commonly known as 8130 | 335,500.00 | 0.00 | | 0.00 | FA |
| 2. Single-family home commonly known as 577 Kenilwort | 278,000.00 | 8,321.00 | | 0.00 | FA |
| 3. Checking account held by Bank Direct | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 4. Checking account held by Citibank | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. 042414Checking account held by National City Bank | 0.00 | 0.00 | | 0.00 | FA |
| 6. Checking account with Chase Bank, account belongs | 500.00 | 500.00 | | 0.00 | FA |
| 7. Money Market account held by Chase Bank | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 8. Savings account held by Chase Bank, account belong | 500.00 | 500.00 | | 0.00 | FA |
| 9. Savings account held by National City Bank | 100.00 | 100.00 | | 0.00 | FA |
| 10. Miscellaneous depreciated household goods and furn | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 11. Necessary wearing apparel and shoes | 400.00 | 400.00 | | 0.00 | FA |
| 12. Term life insurance policy held by Statefarm Insur | 0.00 | 0.00 | | 0.00 | FA |
| 13. Term life insurance policy held by Statefarm Insur | 0.00 | 0.00 | | 0.00 | FA |
| 14. Stock purchase held by UBS Financial Services, Inc | 30,938.29 | 30,938.29 | | 21,400.00 | FA |
| 15. 1999 Harley Davidson with 16k miles | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 16. 2000 Honda CRV with 101k miles, rebuilt vehicle | 2,800.00 | 2,800.00 | | 0.00 | FA |
| 17. 2001 Toyota Echo with 75k miles, rebuilt vehicle | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 18. 2006 Hummer H2 with 50k miles | 30,000.00 | 30,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits        (u) | Unknown | N/A | | 0.21 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $691,238.29        $86,059.29              $21,400.21              $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

April 22,2017: Prem George has made all payments due to the estate on the UPS converted stock. There is one claim to resolve before closing the estate.

April 25, 2016.  Prem George and Lali George have been making monthly payments like clockwork.  I expect the final payment in July of this year, and then I can close the estate.

April 24, 2015, 01:07 pm:  I collected the last receivable due to the estate this month.  I am in process of checking claims.  I may need a final  estate tax return from Alan Lasko, the estate's accountant.  I anticipate closing the case this year.

April 24, 2015, 01:06 pm Prem George continues to make his $200.00 per month payment like clockwork.  He will be done with me this December.

April 18, 2014, 10:24 a.m,:  The Debtors continue to make scheduled payments on the UPS stock they converted. The payment plan will last for another year.

April 29, 2013, 08:11 a.m.  We settled, and the Debtors are paying over time. They have paid more than $14M so far.  Payments shall continue through end of year.

January 30, 2012, 12:42 pm.  Working on selling stock.

November 26, 2010, 11:54 a.m.  Stock certificates may have value.


Initial Projected Date of Final Report (TFR): 07/30/2013          Current Projected Date of Final Report (TFR): 07/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-12917 | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | PREM GEORGE | | Bank Name: | Associated Bank |
| | LALI GEORGE | | Account Number/CD#: | XXXXXX8406 |
| | | | | Checking Account |
| Taxpayer ID No: | XX-XXX3820 | | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 09/20/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $12,380.41 | | $12,380.41 |
| 08/29/12 | 14 | LALI GOERGE | Sale of Stock | 1129-000 | $200.00 | | $12,580.41 |
| 09/26/12 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $12,780.41 |
| 10/12/12 | | ASSOCIATED BANK | Correction | 2600-000 | | $0.07 | $12,780.34 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | $7.78 | | $12,788.12 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $7.78 | $12,780.34 |
| 10/19/12 | | Reverses Adjustment OUT on 10/12/12 | Correction Bank Error, waiting for bank to clear erroneous charge | 2600-000 | | ($0.07) | $12,780.41 |
| 10/19/12 | | Reverses Adjustment IN on 10/19/12 | Bank Charge Result of conference with Epiq | 2600-000 | ($7.78) | | $12,772.63 |
| 10/26/12 | 14 | LALI GOERGE 11019 Falling WaterSan Antonio, TX 78249-3884 | Sale of Stock | 1129-000 | $200.00 | | $12,972.63 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $8.16 | $12,964.47 |
| 11/20/12 | 14 | LALI GEORGE 11019 Falling WaterSan Antonio, TX 78249-3884 | Sale of Stock | 1129-000 | $200.00 | | $13,164.47 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $8.04 | $13,156.43 |
| 12/19/12 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $13,356.43 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $8.43 | $13,348.00 |
| 01/31/13 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $13,548.00 |
| 02/07/13 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $19.85 | $13,528.15 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*   Page Subtotals:   $13,580.41   $52.26

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 10-12917 | | Trustee Name: | RONALD R. PETERSON | | |
| Case Name: | PREM GEORGE | | Bank Name: | Associated Bank | | |
| | LALI GEORGE | | Account Number/CD#: | XXXXXX8406 | | |
| | | | | Checking Account | | |
| Taxpayer ID No: | XX-XXX3820 | | Blanket Bond (per case limit): | $54,824,000.00 | | |
| For Period Ending: | 09/20/2017 | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/27/13 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $13,728.15 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $18.19 | $13,709.96 |
| 03/28/13 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $13,909.96 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $20.42 | $13,889.54 |
| 04/25/13 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $14,089.54 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $20.04 | $14,069.50 |
| 05/22/13 | 14 | LALI GEORGE 11019 Falling WaterSan Antonio, TX 78249-3884 | Sale of Stock | 1129-000 | $200.00 | | $14,269.50 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $21.01 | $14,248.49 |
| 07/02/13 | 14 | PREM GEORGE | Sale of Stock | 1129-000 | $200.00 | | $14,448.49 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $20.50 | $14,427.99 |
| 08/02/13 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $14,627.99 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $21.44 | $14,606.55 |
| 08/29/13 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $14,806.55 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $21.74 | $14,784.81 |
| 10/02/13 | 14 | LAI GOERGE 11019 Falling WaterSan Antonio Tx. 78249-3884 | Sale of Stock | 1129-000 | $200.00 | | $14,984.81 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $21.27 | $14,963.54 |

Page Subtotals:                                   $1,600.00          $164.61

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 10-12917 | Trustee Name: RONALD R. PETERSON | |
| Case Name: PREM GEORGE | Bank Name: Associated Bank | |
| LALI GEORGE | Account Number/CD#: XXXXXX8406 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX3820 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 09/20/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/05/13 | 14 | LALI GEORGE 11019 Falling WaterSan Antonio, Texas 78249-3684 | Sale of Stock | 1129-000 | $200.00 | | $15,163.54 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $22.24 | $15,141.30 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $21.76 | $15,119.54 |
| 12/20/13 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $15,319.54 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $22.59 | $15,296.95 |
| 02/06/14 | 14 | PREM GOERGE | Sale of Stock | 1129-000 | $200.00 | | $15,496.95 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $22.74 | $15,474.21 |
| 03/07/14 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $15,674.21 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $20.73 | $15,653.48 |
| 03/17/14 | 14 | LALI GEORGE 11019 Falling  WateerSan Antonoio, TX 78249 | Sale of Stock | 1129-000 | $200.00 | | $15,853.48 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $23.36 | $15,830.12 |
| 04/29/14 | 14 | PREM GEORGE | Sale of Stock | 1129-000 | $200.00 | | $16,030.12 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $22.80 | $16,007.32 |
| 05/29/14 | 14 | LALI GOERGE 11019 Falling WaterSan Antonio, TX 78249 | Sale of Stock | 1129-000 | $200.00 | | $16,207.32 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $23.83 | $16,183.49 |
| 06/16/14 | 14 | PREM GEORGE | Sale of Stock | 1129-000 | $200.00 | | $16,383.49 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                    Page Subtotals:                    $1,600.00        $180.05

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**FORM 2**

Exhibit B

| | |
|---|---|
| Case No: 10-12917 | Trustee Name: RONALD R. PETERSON |
| Case Name: PREM GEORGE | Bank Name: Associated Bank |
| LALI GEORGE | Account Number/CD#: XXXXXX8406 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3820 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 09/20/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $23.43 | $16,360.06 |
| 07/14/14 | 14 | PREM GEORGE | Sale of Stock | 1129-000 | $200.00 | | $16,560.06 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $24.50 | $16,535.56 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $24.58 | $16,510.98 |
| 09/16/14 | 14 | PREM GEORGE 10615 Welsh ValleySan Antonio, Texas 78254-5953 | Sale of Stock | 1129-000 | $200.00 | | $16,710.98 |
| 09/26/14 | 14 | PREM GOERGE | Sale of Stock | 1129-000 | $200.00 | | $16,910.98 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $23.95 | $16,887.03 |
| 10/28/14 | 14 | PREM GEORGE 10615 Welsh ValleySan Antonio, TX 78254-5953 | Sale of Stock | 1129-000 | $200.00 | | $17,087.03 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $25.13 | $17,061.90 |
| 11/21/14 | 14 | PREM GEORGE 10615 Welsh ValleySan Antonio, TX 78254-5953 | Sale of Stock | 1129-000 | $200.00 | | $17,261.90 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $24.64 | $17,237.26 |
| 12/17/14 | 14 | PREM GEORGE 10615 Welsh ValleySan Antonio, TX 78254-5953 | Sale of Stock | 1129-000 | $200.00 | | $17,437.26 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $25.77 | $17,411.49 |
| 01/30/15 | 14 | PREM GEORGE 10-615 WelshVallyuSan Antonio, TX 78254-5953 | Sale of Stock | 1129-000 | $200.00 | | $17,611.49 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $25.91 | $17,585.58 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*          Page Subtotals:                    $1,400.00        $197.91

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
#### Document   Page 9 of 18

Exhibit B

| Case No: 10-12917 | Trustee Name: RONALD R. PETERSON |
|---|---|
| Case Name: PREM GEORGE | Bank Name: Associated Bank |
| LALI GEORGE | Account Number/CD#: XXXXXX8406 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3820 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 09/20/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/15 | 14 | PREM GEORGE | Sale of Stock | 1129-000 | $200.00 | | $17,785.58 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $23.61 | $17,761.97 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $26.33 | $17,735.64 |
| 05/04/15 | 14 | PREM GEORGE 10615 Welsh ValleySan Antonio, TX 78254 | Sale of Stock | 1129-000 | $200.00 | | $17,935.64 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $25.52 | $17,910.12 |
| 05/26/15 | 14 | PREM GEORGE | Sale of Stock | 1129-000 | $200.00 | | $18,110.12 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $26.66 | $18,083.46 |
| 06/25/15 | 14 | PREM GEORGE 10615 Welsh ValleySan Antonio, TX 78254-5953 | Sale of Stock | 1129-000 | $200.00 | | $18,283.46 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $26.07 | $18,257.39 |
| 08/03/15 | 14 | PREM GEORGE 10615 Welsh ValleySan Antonio, TX 78254-5953 | sale of Stock | 1129-000 | $200.00 | | $18,457.39 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $27.14 | $18,430.25 |
| 08/28/15 | 14 | PREM GEORGE 10615 Welsh VLYSan Antonio, DTX 78254-5953 | sale of stock | 1129-000 | $200.00 | | $18,630.25 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $27.42 | $18,602.83 |
| 10/05/15 | 14 | PREM GOERGE 10615 Welsh Valleysan Antonio, TX 78254-59053 | Sale of Stock | 1129-000 | $200.00 | | $18,802.83 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $26.77 | $18,776.06 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*     Page Subtotals:     $1,400.00     $209.52

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 10-12917 | Trustee Name: RONALD R. PETERSON |
| Case Name: PREM GEORGE | Bank Name: Associated Bank |
| LALI GEORGE | Account Number/CD#: XXXXXX8406 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3820 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 09/20/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/15 | 14 | PREM GOERGE 10615 Welsh ValleySan Antonio, TX 78254-5953 | | 1129-000 | $200.00 | | $18,976.06 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $27.93 | $18,948.13 |
| 12/01/15 | 14 | PREM GEORGE | | 1129-000 | $200.00 | | $19,148.13 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $27.26 | $19,120.87 |
| 12/23/15 | 14 | PREM GEORGE 10615 Welsh VLYsan Antonio TX 78254-5953 | | 1129-000 | $200.00 | | $19,320.87 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.51 | $19,292.36 |
| 02/01/16 | 14 | Prem George 10615 Welsh Valley San Antonio, Texas 78254-5953 | Sale of Stock Per court settlement | 1121-000 | $200.00 | | $19,492.36 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.68 | $19,463.68 |
| 02/23/16 | 14 | Prem George 10615 Welsh Valley San Antonio, TX 78254-5953 | Sale of Stock | 1129-000 | $200.00 | | $19,663.68 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.14 | $19,636.54 |
| 03/23/16 | 14 | Prem George 10615 Welsh VLY San Antonio, TX 78254-5953 | Sale of Stock Pursuant to Court approved settlement agreement | 1129-000 | $200.00 | | $19,836.54 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.28 | $19,807.26 |
| 04/27/16 | 14 | Prem George 10615 Welsh VLY San Antonio, TX 782654-5953 | Sale of Stock Per Court Settlement | 1129-000 | $200.00 | | $20,007.26 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*                    Page Subtotals:                    $1,400.00            $168.80

Case 10-12917   Doc 44   Filed 02/02/18   Entered 02/02/18 12:28:24   Desc Main
Document   Page 11 of 18

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 10-12917 | | Trustee Name: RONALD R. PETERSON | Exhibit B |
| Case Name: PREM GEORGE | | Bank Name: Associated Bank | |
| LALI GEORGE | | Account Number/CD#: XXXXXX8406 | |
| | | Checking Account | |
| Taxpayer ID No: XX-XXX3820 | | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 09/20/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.54 | $19,978.72 |
| 06/01/16 | 14 | Prem George 10-615 Welsh Valley san Antonio, TX 78254-5953 | Sale of Stock | 1129-000 | $200.00 | | $20,178.72 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.70 | $20,149.02 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.99 | $20,120.03 |
| 07/20/16 | 14 | Prem George 10615 Welsh VLY San Antonio, TX 78254 | Sale of Stock | 1129-000 | $200.00 | | $20,320.03 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.01 | $20,290.02 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.16 | $20,259.86 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.15 | $20,230.71 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.08 | $20,200.63 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.06 | $20,171.57 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.99 | $20,141.58 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.95 | $20,111.63 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*                    Page Subtotals:                    $400.00      $295.63

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 10-12917 | Trustee Name: RONALD R. PETERSON | |
| Case Name: PREM GEORGE | Bank Name: Associated Bank | |
| LALI GEORGE | Account Number/CD#: XXXXXX8406 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX3820 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 09/20/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.01 | $20,084.62 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.86 | $20,054.76 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.85 | $20,025.91 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.77 | $19,996.14 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.77 | $19,967.37 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.69 | $19,937.68 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.64 | $19,908.04 |

| | | |
|---|---|---|
| COLUMN TOTALS | $21,380.41 | $1,472.37 |
| Less: Bank Transfers/CD's | $12,380.41 | $0.00 |
| Subtotal | $9,000.00 | $1,472.37 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,000.00 | $1,472.37 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Page Subtotals:   $0.00   $203.59

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 10-12917
Case Name: PREM GEORGE
  LALI GEORGE

Taxpayer ID No: XX-XXX3820
For Period Ending: 09/20/2017

Trustee Name: RONALD R. PETERSON
Bank Name: Bank of America
Account Number/CD#: XXXXXX9771
Money Market Account (Interest Earn
Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/12 | 14 | PREM GOERGE | Sale of Stock | 1129-000 | $12,000.00 | | $12,000.00 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.07 | | $12,000.07 |
| 07/18/12 | 14 | LALI GEORGE 11019  Falling WaterSan Antonio, TX 78249-3884 | Sale of Stock | 1129-000 | $200.00 | | $12,200.07 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.11 | | $12,200.18 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $15.81 | $12,184.37 |
| 08/06/12 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $12,384.37 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.03 | | $12,384.40 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET9TH FLOORDALLAS, TX  75283 | BANK FEES | 2600-000 | | $3.99 | $12,380.41 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | $12,380.41 | $0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | $12,400.21 | $12,400.21 |
| Less: Bank Transfers/CD's | | $0.00 | $12,380.41 |
| Subtotal | | $12,400.21 | $19.80 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $12,400.21 | $19.80 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 13)*

Page Subtotals:                                      $12,400.21        $12,400.21

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8406 - Checking Account | $9,000.00 | $1,472.37 | $19,908.04 |
| XXXXXX9771 - Money Market Account (Interest Earn | $12,400.21 | $19.80 | $0.00 |
| | $21,400.21 | $1,492.17 | $19,908.04 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $21,400.21 |
| Total Gross Receipts: | $21,400.21 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-12917-PSH

Debtor Name: PREM GEORGE

Claims Bar Date: 8/25/2010

Date: September 20, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 100 2100 | RONALD R. PETERSON JENNER & BLOCK LLP CHICAGO, IL  60654-3456 | Administrative | | $0.00 | $2,890.02 | $2,890.02 |
| 100 2200 | RONALD R. PETERSON JENNER & BLOCK LLP CHICAGO, IL  60654-3456 | Administrative | | $0.00 | $68.49 | $68.49 |
| 1 300 7100 | Asset Acceptance, Llc Assignee Chase Bank/ First Usa Po Box 2036 Warren, Mi 48090 | Unsecured | | $0.00 | $13,600.27 | $13,600.27 |
| 2-2 300 7100 | Real Time Resolutions, Inc. 1349 Empire Central Drive Suite #150 P.O. Box 36655 Dallas, TX  75247 | Unsecured | | $0.00 | $33,166.23 | $33,166.23 |
| 3 300 7100 | Southwest Recovery 15400 Knoll Trail S-300 Dallas, Tx 75248 | Unsecured | | $0.00 | $68.29 | $68.29 |
| 4 300 7100 | CITIBANK, N.A. 701 East 60th Street North Sioux Falls, SD  57117 | Unsecured | | $0.00 | $60,279.79 | $60,279.79 |
| 5 300 7100 | Resurgence Financial, Llc 4100 Commercial Avenue Northbrook, Il 60062 | Unsecured | | $0.00 | $45,537.71 | $45,537.71 |
| 6 300 7100 | NICOR GAS po box 549 Aurora, il  60507 | Unsecured | | $0.00 | $495.75 | $495.75 |
| | Case Totals | | | $0.00 | $156,106.55 | $156,106.55 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1

Printed: September 20, 2017

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 1:10-12917-PSH
Case Name: PREM GEORGE
         LALI GEORGE
Trustee Name: RONALD R. PETERSON

        Balance on hand                     $         19,908.04

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $  2,890.02 | $  0.00 | $  2,890.02 |
| Trustee Expenses: RONALD R. PETERSON | $  68.49 | $  0.00 | $  68.49 |

    Total to be paid for chapter 7 administrative expenses    $       2,958.51

    Remaining Balance                $      16,949.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 153,148.04  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  11.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Asset Acceptance, Llc | $          13,600.27 | $          0.00 | $          1,505.20 |
| 2-2 | Real Time Resolutions, Inc. | $          33,166.23 | $          0.00 | $          3,670.64 |
| 3 | Southwest Recovery | $          68.29 | $          0.00 | $          7.56 |
| 4 | CITIBANK, N.A. | $          60,279.79 | $          0.00 | $          6,671.41 |
| 5 | Resurgence Financial, Llc | $          45,537.71 | $          0.00 | $          5,039.85 |
| 6 | NICOR GAS | $          495.75 | $          0.00 | $          54.87 |

Total to be paid to timely general unsecured creditors          $          16,949.53

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE