**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PREM GEORGE AND LALI GEORGE, | ) | CASE NO. 10-12917 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Hearing: March 8, 2018 |
| | ) | 10:30 a.m. |

**CERTIFICATE OF SERVICE**

I, Ronald R. Peterson, an attorney, certify that on Monday, February 5, 2018, I caused a copy of the attached **Notice Of Trustee's Final Report And Applications For Compensation And Deadline To Object (NFR)** to be served upon each of the parties listed on the attached Service List via electronic mail through the Court's CM/ECF system or by First Class U.S. mail, postage prepaid, as indicated.



/s/ *Ronald R. Peterson*
Ronald R. Peterson

## SERVICE LIST

*In re Prem George and Lali George*
Case No. 10-12917

**By ECF Notification:**

- Patrick S. Layng - USTPRegion11.ES.ECF@usdoj.gov
- Ronald R. Peterson - rpeterson@ecf.epiqsystems.com

**By First-Class U.S. Mail:**

Prem George
11019 Falling Water
San Antonio, TX  78249-3884

Lali George
8130 West Catherine Avenue
Chicago, IL 60656-1527

BAC Home Loans Servicing, L.P.
 f/k/a Countrywide
2270 Lakeside Boulevard, Third Floor
Richardson, TX  75082-4304

Bank of America, N.A.
2270 Lakeside Boulevard, Third Floor
Richardson, TX  75082-4304

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD  57104-0493

Federal National Mortgage Association
c/o Codilis and Associates
15W030 North Frontage Road, Suite 100
Burr Ridge, IL  60527-6921

John F. Hiltz, Client
Transition Administrator
Hiltz Wantuch & Zanzig LLC
53 West Jackson Boulevard, Suite 205
Chicago, IL  60604-3673

Real Time Resolutions, Inc.
1349 Empire Central Drive, #150
P.O. Box 36655
Dallas, TX  75247

Asset Acceptance LLC
Box 2036
Warren, MI  48090-2036

Asset Acceptance, LLC, Assignee
 CHASE BANK/First USA
P.O. Box 2036
Warren, MI  48090-2036

Bank Of America Home Loans
1401 Hampton Street
Columbia, SC  29201-3386

Blitt And Gaines, P.C.
661 Glenn Avenue
Wheeling, IL  60090-6017

Capital One
P.O. Box 30285
Salt Lake City, UT  84130-0285

Capital Management Services, LP
726 Exchange Street, Suite 700
Buffalo, NY  14210-1464

Capital One Auto Financial
3901 Dallas Parkway
Plano, TX  75093-7864

Chase Manhattan Mtge.
3415 Vision Drive
Columbus, OH  43219-6009

Citibank
P.O. Box 790034
St. Louis, MO  63179-0034

GMAC Mortgage LLC
3451 Hammond Ave
Waterloo, IA  50702-5300

Law Office Of Timothy K. Liou
575 West Madison Street, Suite 361
Chicago, IL  60661-2614

Midland Funding, LLC
Midland Credit Management, Inc.
Dept. 8870
Los Angeles, CA  90084-8870

Nicor Gas
P.O. Box 549
Aurora IL  60507-0549

Rahul Laboy
577 Kenilworth Avenue
Elmhurst, IL  60126-1929

Resurgence Financial, LLC
4100 Commercial Avenue
Northbrook, IL  60062-1833

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL  60604-2027

Chase Card Member Services
Box 15548
Wilmington, DE  19886-5548

Citibank
701 East 60th Street N
Sioux Falls, SD  57104-0493

Codilis & Associates
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

LTD Financial Services, L.P.
7322 Southwest Freeway, Suite 1600
Houston, TX  77074-2134

Midland Credit Mgmt.
8875 Aero Drive
San Diego, CA  92123-2255

Nicor Gas
1844 Ferry Road
Naperville, IL  60563-9600

Pierce & Associates
1 North Dearborn Street, Suite 1300
Chicago, IL  60602-4373

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #1
Dallas, TX  75247-4029

Southwest Recovery
15400 Knoll Trail S-300
Dallas, TX  75248-3476

2

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PREM GEORGE | § | Case No. 1:10-12917-PSH |
| LALI GEORGE | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/08/2018 in Courtroom 744,
UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/05/2018                              By: /s/ Ronald R. Peterson
                                                          Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
PREM GEORGE § Case No. 1:10-12917-PSH
LALI GEORGE §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 21,400.21 |
| and approved disbursements of | $ | 1,492.17 |
| leaving a balance on hand of[1] | $ | 19,908.04 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 2,890.02 | $ 0.00 | $ 2,890.02 |
| Trustee Expenses: RONALD R. PETERSON | $ 68.49 | $ 0.00 | $ 68.49 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,958.51 |
| Remaining Balance | | $ | 16,949.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 153,148.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Asset Acceptance, Llc | $ 13,600.27 | $ 0.00 | $ 1,505.20 |
| 2-2 | Real Time Resolutions, Inc. | $ 33,166.23 | $ 0.00 | $ 3,670.64 |
| 3 | Southwest Recovery | $ 68.29 | $ 0.00 | $ 7.56 |
| 4 | CITIBANK, N.A. | $ 60,279.79 | $ 0.00 | $ 6,671.41 |
| 5 | Resurgence Financial, Llc | $ 45,537.71 | $ 0.00 | $ 5,039.85 |
| 6 | NICOR GAS | $ 495.75 | $ 0.00 | $ 54.87 |
| | Total to be paid to timely general unsecured creditors | | $ | 16,949.53 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL  60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.