**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PREM GEORGE AND LALI GEORGE, | ) | CASE NO.  10-12917 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Hearing:  March 8, 2018 |
| | ) | 10:30 a.m. |

**CERTIFICATE OF SERVICE**

I, Ronald R. Peterson, an attorney, certify that on Monday, February 5, 2018, I caused a copy of the attached **Notice Of Trustee's Final Report And Applications For Compensation And Deadline To Object (NFR)** to be served upon each of the parties listed on the attached Service List via electronic mail through the Court's CM/ECF system or by First Class U.S. mail, postage prepaid, as indicated.



                          /s/  *Ronald R. Peterson*
                          Ronald R. Peterson

**SERVICE LIST**

*In re Prem George and Lali George*
Case No. 10-12917

**By ECF Notification:**

- Patrick S. Layng - USTPRegion11.ES.ECF@usdoj.gov
- Ronald R. Peterson - rpeterson@ecf.epiqsystems.com

**By First-Class U.S. Mail:**

Prem George
11019 Falling Water
San Antonio, TX  78249-3884

Lali George
8130 West Catherine Avenue
Chicago, IL 60656-1527

BAC Home Loans Servicing, L.P.
 f/k/a Countrywide
2270 Lakeside Boulevard, Third Floor
Richardson, TX  75082-4304

Bank of America, N.A.
2270 Lakeside Boulevard, Third Floor
Richardson, TX  75082-4304

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD  57104-0493

Federal National Mortgage Association
c/o Codilis and Associates
15W030 North Frontage Road, Suite 100
Burr Ridge, IL  60527-6921

John F. Hiltz, Client
Transition Administrator
Hiltz Wantuch & Zanzig LLC
53 West Jackson Boulevard, Suite 205
Chicago, IL  60604-3673

Real Time Resolutions, Inc.
1349 Empire Central Drive, #150
P.O. Box 36655
Dallas, TX  75247

Asset Acceptance LLC
Box 2036
Warren, MI  48090-2036

Asset Acceptance, LLC, Assignee
 CHASE BANK/First USA
P.O. Box 2036
Warren, MI  48090-2036

Bank Of America Home Loans
1401 Hampton Street
Columbia, SC  29201-3386

Blitt And Gaines, P.C.
661 Glenn Avenue
Wheeling, IL  60090-6017

Capital One
P.O. Box 30285
Salt Lake City, UT  84130-0285

Capital Management Services, LP
726 Exchange Street, Suite 700
Buffalo, NY  14210-1464

Capital One Auto Financial
3901 Dallas Parkway
Plano, TX  75093-7864

Chase Manhattan Mtge.
3415 Vision Drive
Columbus, OH  43219-6009

Citibank
P.O. Box 790034
St. Louis, MO  63179-0034

GMAC Mortgage LLC
3451 Hammond Ave
Waterloo, IA  50702-5300

Law Office Of Timothy K. Liou
575 West Madison Street, Suite 361
Chicago, IL  60661-2614

Midland Funding, LLC
Midland Credit Management, Inc.
Dept. 8870
Los Angeles, CA  90084-8870

Nicor Gas
P.O. Box 549
Aurora IL  60507-0549

Rahul Laboy
577 Kenilworth Avenue
Elmhurst, IL  60126-1929

Resurgence Financial, LLC
4100 Commercial Avenue
Northbrook, IL  60062-1833

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL  60604-2027

Chase Card Member Services
Box 15548
Wilmington, DE  19886-5548

Citibank
701 East 60th Street N
Sioux Falls, SD  57104-0493

Codilis & Associates
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

LTD Financial Services, L.P.
7322 Southwest Freeway, Suite 1600
Houston, TX  77074-2134

Midland Credit Mgmt.
8875 Aero Drive
San Diego, CA  92123-2255

Nicor Gas
1844 Ferry Road
Naperville, IL  60563-9600

Pierce & Associates
1 North Dearborn Street, Suite 1300
Chicago, IL  60602-4373

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #1
Dallas, TX  75247-4029

Southwest Recovery
15400 Knoll Trail S-300
Dallas, TX  75248-3476

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
PREM GEORGE § Case No. 1:10-12917-PSH
LALI GEORGE §
§
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/08/2018 in Courtroom 744,
UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/05/2018        By: /s/ Ronald R. Peterson
                                     Trustee

RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL 60654-3456

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PREM GEORGE § Case No. 1:10-12917-PSH
LALI GEORGE §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 21,400.21 |
| and approved disbursements of | $ | 1,492.17 |
| leaving a balance on hand of[1] | $ | 19,908.04 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 2,890.02 | $ 0.00 | $ 2,890.02 |
| Trustee Expenses: RONALD R. PETERSON | $ 68.49 | $ 0.00 | $ 68.49 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,958.51 |
| Remaining Balance | $ 16,949.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 153,148.04  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  11.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Asset Acceptance, Llc | $ 13,600.27 | $ 0.00 | $ 1,505.20 |
| 2-2 | Real Time Resolutions, Inc. | $ 33,166.23 | $ 0.00 | $ 3,670.64 |
| 3 | Southwest Recovery | $ 68.29 | $ 0.00 | $ 7.56 |
| 4 | CITIBANK, N.A. | $ 60,279.79 | $ 0.00 | $ 6,671.41 |
| 5 | Resurgence Financial, Llc | $ 45,537.71 | $ 0.00 | $ 5,039.85 |
| 6 | NICOR GAS | $ 495.75 | $ 0.00 | $ 54.87 |
| | Total to be paid to timely general unsecured creditors | | | $ 16,949.53 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

         Prepared By: /s/ Ronald R. Peterson
                 Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-12917-PSH
Prem George                                                               Chapter 7
Lali George
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: kmcgee               Page 1 of 1          Date Rcvd: Feb 05, 2018
                              Form ID: pdf006            Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
db              #Prem George,    11019 Falling Water,    San Antonio, TX  78249-3884
jdb              Lali George,    8130 West Catherine Avenue,    Chicago, IL  60656-1527
17620575        +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
15311297        +Resurgence Financial, LLC,    4100 Commercial Avenue,    Northbrook, IL 60062-1833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15689664        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 06 2018 01:53:20      Asset Acceptance, LLC,
                  assignee CHASE BANK/ First USA,    PO Box 2036,    Warren, MI 48090-2036
15981854        +E-mail/Text: bankrup@aglresources.com Feb 06 2018 01:52:11      Nicor Gas,    PO Box 549,
                  Aurora IL 60507-0549
15708652         E-mail/Text: bkdepartment@rtresolutions.com Feb 06 2018 01:54:08
                  Real Time Resolutions, Inc.,    1750 Regal Row Suite 120,    PO Box 36655,   Dallas Texas 75235
25948517         E-mail/Text: bkdepartment@rtresolutions.com Feb 06 2018 01:54:08
                  Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                  Dallas, Texas 75247-4029
15311298        +E-mail/Text: sdietz@swrecovery.com Feb 06 2018 01:55:28      Southwest Recovery,
                  15400 Knoll Trail S-300,    Dallas, TX 75248-3476
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
              Joel P Fonferko    on behalf of Creditor    Federal National Mortgage Association
               ND-One@il.cslegal.com
              John F Hiltz, Client Transition Administrator    cta@hwzlaw.com
              Lydia Y Siu    on behalf of Creditor    BAC Home Loans Servicing, L.P. fka Countrywide Home Loans
               Servicing, L.P. lsiu@atty-pierce.com, northerndistrict@atty-pierce.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald  Peterson    on behalf of Trustee Ronald R Peterson rpeterson@jenner.com,
               lraiford@jenner.com
              Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
              Toni  Townsend    on behalf of Creditor    Bank of America, N.A. toni.townsend@mccalla.com,
               northerndistrict@mccalla.com
                                                                                             TOTAL: 7