# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| PREM GEORGE | § | Case No. 1:10-12917-PSH |
| LALI GEORGE | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 660,300.00
*(Without deducting any secured claims)*

Assets Exempt: 0.00

Total Distributions to Claimants:  16,949.53

Claims Discharged
Without Payment:  967,466.38

Total Expenses of Administration:  4,450.68

---

3) Total gross receipts of $ 21,400.21  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 21,400.21  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 674,117.00 | $ 33,166.23 | $ 33,166.23 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,450.68 | 4,450.68 | 4,450.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 157,150.87 | 153,148.04 | 153,148.04 | 16,949.53 |
| **TOTAL DISBURSEMENTS** | $ 831,267.87 | $ 190,764.95 | $ 190,764.95 | $ 21,400.21 |

4) This case was originally filed under chapter 7 on  03/24/2010 .  The case was pending for 102 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/01/2018                      By:/s/RONALD R. PETERSON
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock purchase held by UBS Financial Services, Inc | 1121-000 | 200.00 |
| Stock purchase held by UBS Financial Services, Inc | 1129-000 | 21,200.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.21 |
| TOTAL GROSS RECEIPTS | | $21,400.21 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Home Loans 1401 Hampton Street Columbia, SC  29201 | | 44,665.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Home Loans 1401 Hampton Street Columbia, SC  29201 | | 238,890.00 | NA | NA | 0.00 |
| | Bank Of America Home Loans 1401 Hampton Street Columbia, SC  29201 | | 343,517.00 | NA | NA | 0.00 |
| | Capital One Auto Financial 3901 Dallas Pkwy Plano, TX 75093 | | 16,256.00 | NA | NA | 0.00 |
| | Real Time Resolutions 1750 Regal Row Dallas, TX  75235 | | 30,789.00 | NA | NA | 0.00 |
| 2-1 | Real Time Resolutions, Inc. | 4110-000 | NA | 33,166.23 | 33,166.23 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 674,117.00 | $ 33,166.23 | $ 33,166.23 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 2,890.02 | 2,890.02 | 2,890.02 |
| RONALD R. PETERSON | 2200-000 | NA | 68.49 | 68.49 | 68.49 |
| ASSOCIATED BANK | 2600-000 | NA | 1,472.37 | 1,472.37 | 1,472.37 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 19.80 | 19.80 | 19.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,450.68 | $ 4,450.68 | $ 4,450.68 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Po Box 85520 Richmond, VA  23285 | | 733.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA  23285 | | 505.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Member Services Box 15548 Wilmington, DE 19886-5548 | | 12,926.00 | NA | NA | 0.00 |
| | Chase Manhattan Mtge 3415 Vision Drive Columbus, OH 43219 | | 0.00 | NA | NA | 0.00 |
| | Citibank 701 E 60th St N Sioux Falls, SD  57104 | | 58,947.87 | NA | NA | 0.00 |
| | Gmac Mortgage LLC 3451 Hammond Ave Waterloo, IA 50702 | | 60,500.00 | NA | NA | 0.00 |
| | LTD Financial Services, L.P. 7322 Southwest Freeway, Suite 1600 Houston, TX 77074 | | 0.00 | NA | NA | 0.00 |
| | Midland Funding, LLC Midland Credit Management, Inc. Dept. 8870 Los Angeles, CA  90084-8870 | | 23,235.00 | NA | NA | 0.00 |
| | Nicor Gas 1844 Ferry Road Naperville, IL  60563 | | 236.00 | NA | NA | 0.00 |
| | Southwest Recovery 15400 Knoll Trail S-300 Dallas, TX 75248 | | 68.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Asset Acceptance, Llc | 7100-000 | NA | 13,600.27 | 13,600.27 | 1,505.20 |
| 4 | CITIBANK, N.A. | 7100-000 | NA | 60,279.79 | 60,279.79 | 6,671.41 |
| 6 | NICOR GAS | 7100-000 | NA | 495.75 | 495.75 | 54.87 |
| 2-2 | Real Time Resolutions, Inc. | 7100-000 | NA | 33,166.23 | 33,166.23 | 3,670.64 |
| 5 | Resurgence Financial, Llc | 7100-001 | NA | 45,537.71 | 45,537.71 | 5,039.85 |
| 3 | Southwest Recovery | 7100-001 | NA | 68.29 | 68.29 | 7.56 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 157,150.87 | $ 153,148.04 | $ 153,148.04 | $ 16,949.53 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 10-12917 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | PREM GEORGE | | | | Date Filed (f) or Converted (c): | 03/24/2010 (f) |
| | LALI GEORGE | | | | 341(a) Meeting Date: | 05/21/2010 |
| For Period Ending: | 08/01/2018 | | | | Claims Bar Date: | 08/25/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Debtor's primary residence commonly known as 8130 | 335,500.00 | 0.00 | | 0.00 | FA |
| 2.  Single-family home commonly known as 577 Kenilwort | 278,000.00 | 8,321.00 | | 0.00 | FA |
| 3.  Checking account held by Bank Direct | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 4.  Checking account held by Citibank | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5.  042414Checking account held by National City Bank | 0.00 | 0.00 | | 0.00 | FA |
| 6.  Checking account with Chase Bank, account belongs | 500.00 | 500.00 | | 0.00 | FA |
| 7.  Money Market account held by Chase Bank | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 8.  Savings account held by Chase Bank, account belong | 500.00 | 500.00 | | 0.00 | FA |
| 9.  Savings account held by National City Bank | 100.00 | 100.00 | | 0.00 | FA |
| 10.  Miscellaneous depreciated household goods and furn | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 11.  Necessary wearing apparel and shoes | 400.00 | 400.00 | | 0.00 | FA |
| 12.  Term life insurance policy held by Statefarm Insur | 0.00 | 0.00 | | 0.00 | FA |
| 13.  Term life insurance policy held by Statefarm Insur | 0.00 | 0.00 | | 0.00 | FA |
| 14.  Stock purchase held by UBS Financial Services, Inc | 30,938.29 | 30,938.29 | | 21,400.00 | FA |
| 15.  1999 Harley Davidson with 16k miles | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 16.  2000 Honda CRV with 101k miles, rebuilt vehicle | 2,800.00 | 2,800.00 | | 0.00 | FA |
| 17.  2001 Toyota Echo with 75k miles, rebuilt vehicle | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 18.  2006 Hummer H2 with 50k miles | 30,000.00 | 30,000.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits            (u) | Unknown | N/A | | 0.21 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $691,238.29    $86,059.29        $21,400.21    $0.00

(Total Dollar Amount in Column 6)

Page:    2

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 25, 2018:  TFR filed 2/2/2018, and checks cut 3/9/2018. There is one check still outstanding.

April 22,2017:  Prem George has made all payments due to the estate on the UPS converted stock. There is one claim to resolve before closing the estate.

April 25, 2016.  Prem George and Lali George have been making monthly payments like clockwork.  I expect the final payment in July of this year, and then I can close the estate.

April 24, 2015, 01:07 pm:  I collected the last receivable due to the estate this month.  I am in process of checking claims.  I may need a final  estate tax return from Alan Lasko, the estate's accountant.  I anticipate closing the case this year.

April 24, 2015, 01:06 pm Prem George continues to make his $200.00 per month payment like clockwork.  He will be done with me this December.

April 18, 2014, 10:24 a.m,:  The Debtors continue to make scheduled payments on the UPS stock they converted. The payment plan will last for another year.

April 29, 2013, 08:11 a.m.  We settled, and the Debtors are paying over time. They have paid more than $14M so far.  Payments shall continue through end of year.

January 30, 2012, 12:42 pm.  Working on selling stock.

November 26, 2010, 11:54 a.m.  Stock certificates may have value.

Initial Projected Date of Final Report (TFR): 07/30/2013          Current Projected Date of Final Report (TFR): 07/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-12917 | Trustee Name: RONALD R. PETERSON |
| Case Name: PREM GEORGE | Bank Name: Associated Bank |
| LALI GEORGE | Account Number/CD#: XXXXXX8406 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3820 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 08/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $12,380.41 | | $12,380.41 |
| 08/29/12 | 14 | LALI GOERGE | Sale of Stock | 1129-000 | $200.00 | | $12,580.41 |
| 09/26/12 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $12,780.41 |
| 10/12/12 | | ASSOCIATED BANK | Correction | 2600-000 | | $0.07 | $12,780.34 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | $7.78 | | $12,788.12 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $7.78 | $12,780.34 |
| 10/19/12 | | Reverses Adjustment OUT on 10/12/12 | Correction Bank Error, waiting for bank to clear erroneous charge | 2600-000 | | ($0.07) | $12,780.41 |
| 10/19/12 | | Reverses Adjustment IN on 10/19/12 | Bank Charge Result of conference with Epiq | 2600-000 | ($7.78) | | $12,772.63 |
| 10/26/12 | 14 | LALI GOERGE 11019 Falling WaterSan Antonio, TX 78249-3884 | Sale of Stock | 1129-000 | $200.00 | | $12,972.63 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $8.16 | $12,964.47 |
| 11/20/12 | 14 | LALI GEORGE 11019 Falling WaterSan Antonio, TX 78249-3884 | Sale of Stock | 1129-000 | $200.00 | | $13,164.47 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $8.04 | $13,156.43 |
| 12/19/12 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $13,356.43 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $8.43 | $13,348.00 |
| 01/31/13 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $13,548.00 |
| 02/07/13 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $19.85 | $13,528.15 |

| | | |
|---|---|---|
| Page Subtotals: | $13,580.41 | $52.26 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 10-12917 | Trustee Name: RONALD R. PETERSON | |
| Case Name: PREM GEORGE | Bank Name: Associated Bank | |
| LALI GEORGE | Account Number/CD#: XXXXXX8406 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX3820 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 08/01/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/27/13 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $13,728.15 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $18.19 | $13,709.96 |
| 03/28/13 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $13,909.96 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $20.42 | $13,889.54 |
| 04/25/13 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $14,089.54 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $20.04 | $14,069.50 |
| 05/22/13 | 14 | LALI GEORGE 11019 Falling WaterSan Antonio, TX 78249-3884 | Sale of Stock | 1129-000 | $200.00 | | $14,269.50 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $21.01 | $14,248.49 |
| 07/02/13 | 14 | PREM GEORGE | Sale of Stock | 1129-000 | $200.00 | | $14,448.49 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $20.50 | $14,427.99 |
| 08/02/13 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $14,627.99 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $21.44 | $14,606.55 |
| 08/29/13 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $14,806.55 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $21.74 | $14,784.81 |
| 10/02/13 | 14 | LAI GOERGE 11019 Falling WaterSan Antonio Tx. 78249-3884 | Sale of Stock | 1129-000 | $200.00 | | $14,984.81 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $21.27 | $14,963.54 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Page Subtotals: $1,600.00   $164.61

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-12917 | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | PREM GEORGE | | Bank Name: | Associated Bank |
| | LALI GEORGE | | Account Number/CD#: | XXXXXX8406 |
| | | | | Checking Account |
| Taxpayer ID No: | XX-XXX3820 | | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 08/01/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/05/13 | 14 | LALI GEORGE 11019 Falling WaterSan Antonio, Texas 78249-3684 | Sale of Stock | 1129-000 | $200.00 | | $15,163.54 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $22.24 | $15,141.30 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $21.76 | $15,119.54 |
| 12/20/13 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $15,319.54 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $22.59 | $15,296.95 |
| 02/06/14 | 14 | PREM GOERGE | Sale of Stock | 1129-000 | $200.00 | | $15,496.95 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $22.74 | $15,474.21 |
| 03/07/14 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $15,674.21 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $20.73 | $15,653.48 |
| 03/17/14 | 14 | LALI GEORGE 11019 Falling  WateerSan Antonoio, TX 78249 | Sale of Stock | 1129-000 | $200.00 | | $15,853.48 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $23.36 | $15,830.12 |
| 04/29/14 | 14 | PREM GEORGE | Sale of Stock | 1129-000 | $200.00 | | $16,030.12 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $22.80 | $16,007.32 |
| 05/29/14 | 14 | LALI GOERGE 11019 Falling WaterSan Antonio, TX 78249 | Sale of Stock | 1129-000 | $200.00 | | $16,207.32 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $23.83 | $16,183.49 |
| 06/16/14 | 14 | PREM GEORGE | Sale of Stock | 1129-000 | $200.00 | | $16,383.49 |

Page Subtotals:                                         $1,600.00          $180.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-12917 | Trustee Name: RONALD R. PETERSON |
| Case Name: PREM GEORGE | Bank Name: Associated Bank |
| LALI GEORGE | Account Number/CD#: XXXXXX8406 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3820 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 08/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $23.43 | $16,360.06 |
| 07/14/14 | 14 | PREM GEORGE | Sale of Stock | 1129-000 | $200.00 | | $16,560.06 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $24.50 | $16,535.56 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $24.58 | $16,510.98 |
| 09/16/14 | 14 | PREM GEORGE 10615 Welsh ValleySan Antonio, Texas 78254-5953 | Sale of Stock | 1129-000 | $200.00 | | $16,710.98 |
| 09/26/14 | 14 | PREM GOERGE | Sale of Stock | 1129-000 | $200.00 | | $16,910.98 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $23.95 | $16,887.03 |
| 10/28/14 | 14 | PREM GEORGE 10615 Welsh ValleySan Antonio, TX 78254-5953 | Sale of Stock | 1129-000 | $200.00 | | $17,087.03 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $25.13 | $17,061.90 |
| 11/21/14 | 14 | PREM GEORGE 10615 Welsh ValleySan Antonio, TX 78254-5953 | Sale of Stock | 1129-000 | $200.00 | | $17,261.90 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $24.64 | $17,237.26 |
| 12/17/14 | 14 | PREM GEORGE 10615 Welsh ValleySan Antonio, TX 78254-5953 | Sale of Stock | 1129-000 | $200.00 | | $17,437.26 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $25.77 | $17,411.49 |
| 01/30/15 | 14 | PREM GEORGE 10-615 WelshVallyuSan Antonio, TX 78254-5953 | Sale of Stock | 1129-000 | $200.00 | | $17,611.49 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $25.91 | $17,585.58 |

Page Subtotals:                              $1,400.00        $197.91

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 10-12917 | | Trustee Name: RONALD R. PETERSON |
| Case Name: PREM GEORGE | | Bank Name: Associated Bank |
| LALI GEORGE | | Account Number/CD#: XXXXXX8406 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX3820 | | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 08/01/2018 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/15 | 14 | PREM GEORGE | Sale of Stock | 1129-000 | $200.00 | | $17,785.58 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $23.61 | $17,761.97 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $26.33 | $17,735.64 |
| 05/04/15 | 14 | PREM GEORGE 10615 Welsh ValleySan Antonio, TX 78254 | Sale of Stock | 1129-000 | $200.00 | | $17,935.64 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $25.52 | $17,910.12 |
| 05/26/15 | 14 | PREM GEORGE | Sale of Stock | 1129-000 | $200.00 | | $18,110.12 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $26.66 | $18,083.46 |
| 06/25/15 | 14 | PREM GEORGE 10615 Welsh ValleySan Antonio, TX 78254-5953 | Sale of Stock | 1129-000 | $200.00 | | $18,283.46 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $26.07 | $18,257.39 |
| 08/03/15 | 14 | PREM GEORGE 10615 Welsh ValleySan Antonio, TX 78254-5953 | sale of Stock | 1129-000 | $200.00 | | $18,457.39 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $27.14 | $18,430.25 |
| 08/28/15 | 14 | PREM GEORGE 10615 Welsh VLYSan Antonio, DTX 78254-5953 | sale of stock | 1129-000 | $200.00 | | $18,630.25 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $27.42 | $18,602.83 |
| 10/05/15 | 14 | PREM GOERGE 10615 Welsh Valleysan Antonio, TX 78254-59053 | Sale of Stock | 1129-000 | $200.00 | | $18,802.83 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $26.77 | $18,776.06 |
| | | | Page Subtotals: | | $1,400.00 | $209.52 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-12917 | Trustee Name: RONALD R. PETERSON |
| Case Name: PREM GEORGE | Bank Name: Associated Bank |
| LALI GEORGE | Account Number/CD#: XXXXXX8406 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3820 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 08/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/15 | 14 | PREM GOERGE 10615 Welsh ValleySan Antonio, TX 78254-5953 | | 1129-000 | $200.00 | | $18,976.06 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $27.93 | $18,948.13 |
| 12/01/15 | 14 | PREM GEORGE | | 1129-000 | $200.00 | | $19,148.13 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $27.26 | $19,120.87 |
| 12/23/15 | 14 | PREM GEORGE 10615 Welsh VLYsan Antonio TX 78254-5953 | | 1129-000 | $200.00 | | $19,320.87 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.51 | $19,292.36 |
| 02/01/16 | 14 | Prem George 10615 Welsh Valley San Antonio, Texas 78254-5953 | Sale of Stock Per court settlement | 1121-000 | $200.00 | | $19,492.36 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.68 | $19,463.68 |
| 02/23/16 | 14 | Prem George 10615 Welsh Valley San Antonio, TX 78254-5953 | Sale of Stock | 1129-000 | $200.00 | | $19,663.68 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.14 | $19,636.54 |
| 03/23/16 | 14 | Prem George 10615 Welsh VLY San Antonio, TX 78254-5953 | Sale of Stock Pursuant to Court approved settlement agreement | 1129-000 | $200.00 | | $19,836.54 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.28 | $19,807.26 |
| 04/27/16 | 14 | Prem George 10615 Welsh VLY San Antonio, TX 782654-5953 | Sale of Stock Per Court Settlement | 1129-000 | $200.00 | | $20,007.26 |

| | | | | Page Subtotals: | $1,400.00 | $168.80 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-12917 | Trustee Name: RONALD R. PETERSON |
| Case Name: PREM GEORGE | Bank Name: Associated Bank |
| LALI GEORGE | Account Number/CD#: XXXXXX8406 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3820 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 08/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.54 | $19,978.72 |
| 06/01/16 | 14 | Prem George 10-615 Welsh Valley san Antonio, TX 78254-5953 | Sale of Stock | 1129-000 | $200.00 | | $20,178.72 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.70 | $20,149.02 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.99 | $20,120.03 |
| 07/20/16 | 14 | Prem George 10615 Welsh VLY San Antonio, TX 78254 | Sale of Stock | 1129-000 | $200.00 | | $20,320.03 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.01 | $20,290.02 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.16 | $20,259.86 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.15 | $20,230.71 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.08 | $20,200.63 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.06 | $20,171.57 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.99 | $20,141.58 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.95 | $20,111.63 |

Page Subtotals: $400.00   $295.63

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 10-12917
Case Name: PREM GEORGE
    LALI GEORGE

Taxpayer ID No: XX-XXX3820
For Period Ending: 08/01/2018

Trustee Name: RONALD R. PETERSON
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8406
     Checking Account
Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.01 | $20,084.62 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.86 | $20,054.76 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.85 | $20,025.91 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.77 | $19,996.14 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.77 | $19,967.37 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.69 | $19,937.68 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.64 | $19,908.04 |
| 03/09/18 | 30001 | RONALD R. PETERSON JENNER & BLOCK LLP CHICAGO, IL 60654-3456 | Distribution | | | $2,958.51 | $16,949.53 |
| | | RONALD R. PETERSON | Final distribution representing a payment of 100.00 % per court order. | ($2,890.02) 2100-000 | | | |
| | | RONALD R. PETERSON | Final distribution representing a payment of 100.00 % per court order. | ($68.49) 2200-000 | | | |
| 03/09/18 | 30002 | Asset Acceptance, Llc Assignee Chase Bank/ First Usa Po Box 2036 Warren, Mi 48090 | Final distribution to claim 1 representing a payment of 11.07 % per court order. | 7100-000 | | $1,505.20 | $15,444.33 |

Page Subtotals:                  $0.00    $4,667.30

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-12917 | Trustee Name:  RONALD R. PETERSON |
| Case Name:  PREM GEORGE | Bank Name:  Associated Bank |
| LALI GEORGE | Account Number/CD#:  XXXXXX8406 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3820 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 08/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/09/18 | 30003 | Real Time Resolutions, Inc.<br>1349 Empire Central Drive<br>Suite #150<br>P.O. Box 36655<br>Dallas, TX  75247 | Final distribution to claim 2 representing a payment of 11.07 % per court order. | 7100-000 | | $3,670.64 | $11,773.69 |
| 03/09/18 | 30004 | Southwest Recovery<br>15400 Knoll Trail S-300<br>Dallas, Tx 75248 | Final distribution to claim 3 representing a payment of 11.07 % per court order. | 7100-000 | | $7.56 | $11,766.13 |
| 03/09/18 | 30005 | CITIBANK, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD  57117 | Final distribution to claim 4 representing a payment of 11.07 % per court order. | 7100-000 | | $6,671.41 | $5,094.72 |
| 03/09/18 | 30006 | Resurgence Financial, Llc<br>4100 Commercial Avenue<br>Northbrook, Il 60062 | Final distribution to claim 5 representing a payment of 11.07 % per court order. | 7100-000 | | $5,039.85 | $54.87 |
| 03/09/18 | 30007 | NICOR GAS<br>po box 549<br>Aurora, il  60507 | Final distribution to claim 6 representing a payment of 11.07 % per court order. | 7100-000 | | $54.87 | $0.00 |
| 06/14/18 | 30004 | Southwest Recovery<br>15400 Knoll Trail S-300<br>Dallas, Tx 75248 | Final distribution to claim 3 representing a payment of 11.07 % per court order.<br>Reversal | 7100-000 | | ($7.56) | $7.56 |
| 06/14/18 | 30006 | Resurgence Financial, Llc<br>4100 Commercial Avenue<br>Northbrook, Il 60062 | Final distribution to claim 5 representing a payment of 11.07 % per court order.<br>Reversal | 7100-000 | | ($5,039.85) | $5,047.41 |
| 06/26/18 | 30008 | Clerk, U.S. Bankruptcy Court | Remit To Court | | | $5,047.41 | $0.00 |
| | | Resurgence Financial, Llc | Final distribution to claim 5 representing a payment of 11.07 % per court order. | ($5,039.85) | 7100-001 | | |
| | | Southwest Recovery | Final distribution to claim 3 representing a payment of 11.07 % per court order. | ($7.56) | 7100-001 | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $21,380.41 | $21,380.41 |
| Less: Bank Transfers/CD's | $12,380.41 | $0.00 |
| Page Subtotals: | $0.00 | $15,444.33 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

| | | |
|---|---|---|
| Subtotal | $9,000.00 | $21,380.41 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,000.00 | $21,380.41 |

Exhibit 9

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 10-12917 | | Trustee Name: RONALD R. PETERSON |
|---|---|---|
| Case Name: PREM GEORGE | | Bank Name: Bank of America |
| LALI GEORGE | | Account Number/CD#: XXXXXX9771 |
| | | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX3820 | | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 08/01/2018 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/12 | 14 | PREM GOERGE | Sale of Stock | 1129-000 | $12,000.00 | | $12,000.00 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.07 | | $12,000.07 |
| 07/18/12 | 14 | LALI GEORGE 11019  Falling WaterSan Antonio, TX 78249-3884 | Sale of Stock | 1129-000 | $200.00 | | $12,200.07 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.11 | | $12,200.18 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $15.81 | $12,184.37 |
| 08/06/12 | 14 | LALI GEORGE | Sale of Stock | 1129-000 | $200.00 | | $12,384.37 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.03 | | $12,384.40 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET9TH FLOORDALLAS, TX  75283 | BANK FEES | 2600-000 | | $3.99 | $12,380.41 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | $12,380.41 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $12,400.21 | $12,400.21 |
| Less: Bank Transfers/CD's | $0.00 | $12,380.41 |
| Subtotal | $12,400.21 | $19.80 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,400.21 | $19.80 |

| | | |
|---|---|---|
| Page Subtotals: | $12,400.21 | $12,400.21 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8406 - Checking Account | $9,000.00 | $21,380.41 | $0.00 |
| XXXXXX9771 - Money Market Account (Interest Earn | $12,400.21 | $19.80 | $0.00 |
| | $21,400.21 | $21,400.21 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $21,400.21 | |
| Total Gross Receipts: | $21,400.21 | |